JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE STUART,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. CV 14-05662 PA (AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Percy Anderson |

The parties, having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1.  Plaintiff's action is dismissed with prejudice in its entirety; and

2.  Each party shall bear their own costs of suit and fees.

Dated: April 6, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**

1